Laura E. Devane, Bar No. 314064
ldevane@littler.com
Carolyn Hudson, Bar No. 334842
chudson@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525

Attorneys for Defendant
CENTENE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENNIS DUFFY,

Plaintiff,

v.

CENTENE CORPORATION; DOES 1 through 25, inclusive,

Defendants.

Case No. 2:25-CV-03697-TLN-JDP

**ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY DISCOVERY SCHEDULE**

ASSIGNED FOR ALL PURPOSES TO JUDGE TROY L. NUNLEY COURTROOM 2

Trial Date: None Set
Complaint Filed: October 20, 2025

*[Removed from Superior Court County of Amador Case No. 25CV925222]*

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
559.244.7500

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
559.244.7500

The Court has considered Defendant Centene Corporation's Motion for Administrative Relief to Modify Discovery Schedule, the Declaration of Laura E. Devane, and the record in this action. Good cause appearing, **IT IS HEREBY ORDERED** that:

**1.** The remaining discovery deadlines are **SUSPENDED** pending the Court's ruling on Defendant's Motion for Judgment on the Pleadings;

**2.** If the Court's ruling does not dispose of the action in its entirety, the parties shall meet and confer regarding a revised discovery schedule within fourteen (14) days after entry of the ruling;

**3.** Within that same fourteen-day period, the parties shall submit either a stipulated proposed amended discovery schedule or, if agreement cannot be reached, their respective proposed schedules for the Court's consideration; and

**4.** All other case-management deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: November 17, 2026

Troy L. Nunley
Chief United States District Judge